1  Christopher J. Neary (Bar No. 69220)
   LAW OFFICES OF CHRISTOPHER J. NEARY
2  110 S. Main St., Ste. C
   Willits, CA 95490
3  Telephone: (707) 459-5551
   Facsimile: (707) 459-3018
4  Email: cjneary@pacific.net

5  Attorney for Defendant
   NORTH COAST RAILROAD AUTHORITY
6

7
                       UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9

10

11 CALIFORNIANS FOR ALTERNATIVES          Case No. CV 11 4102 JCS
   TO TOXICS,
                                          **STIPULATION TO MODIFY BRIEFING**
12           Petitioner/Plaintiff,        **SCHEDULE OF THE MOTION FOR**
                                          **REMAND AND [Proposed] ORDER**
13
                                          Hearing:
14      v.                                Date:   November 18, 2011
                                          Time:   9:30 a.m.
15 NORTH COAST RAILROAD                   Dept: G, 15th Floor
   AUTHORITY, et al.,
16           Respondents/Defendants.
   _____/
17

18

19      IT IS HEREBY STIPULATED by and between Petitioner/Plaintiff CALIFORNIANS

20 FOR ALTERNATIVES TO TOXICS ("CATS") and Respondents/Defendants NORTH COAST

21 RAILROAD AUTHORITY and BOARD OF DIRECTORS OF NORTH COAST RAILROAD

22 AUTHORITY (collectively "NCRA") as follows:

23      A.      WHEREAS, the above-entitled matter was removed by Defendants from the

24 Superior Court of the State of California, County of Marin on August 19, 2011;

25      B.      WHEREAS, the matter has been related with that certain action entitled *Friends of*

26 *the Eel River v. North Coast Railroad Authority, et al.*, Marin County Superior Court Case No.

27 CFV-11-03605, U.S.D.C., No. Dist. Cal., Case No. CV 11 4103 (formerly NJV, now JCS), also

28 removed on August 19, 2011 (ECF #17);

                                                    STIPULATION AND [Proposed] ORDER

1          C.       WHEREAS, on September 16, 2011, Plaintiff filed a motion to remand the matter

2    to State Court (ECF #9), with the Opposition set to be due on September 30, 2011, the Reply set

3    to be due on October 7, 2011, and the hearing set for November 18, 2011;

4          D.       WHEREAS, the parties to this federal action have had preliminary discussions

5    regarding settlement which are sufficiently encouraging to defer briefing on the motion for

6    remand for a short period to avoid unnecessary utilization of judicial resources and expense to

7    these parties;

8          NOW THEREFORE IT IS HEREBY STIPULATED as follows:

9    1.       The briefing schedule for the motion for remand shall be as follows:

                                                                    14- JCS
10         a.       Opposition due                    October ~~19~~, 2011

11         b.       Reply due                          ~~November 3, 2011~~ October 21, 2011 - JCS

12         c.       Hearing                            November 18, 2011

13   2.       The time for preparation of the Administrative Record shall run from the date of the

14   Court's ruling on the pending motion for remand, such extension being in the public interest in

15   compliance with California Public Resources Code §21167.6(c).

16   3.       All other dates set forth in the Order Setting Initial Case Management Conference and

17   ADR Deadlines shall remain in full force and effect, except the parties reserve the right to jointly

18   apply to the Court for continuation of the Case Management Conference, presently set for

19   December 9, 2011.

20   4.       By entering into this Stipulation Plaintiff does not waive any rights or argument to contest

21   the Court's subject matter jurisdiction, as set forth in the Petitioner/Plaintiff's Motion for

22   Remand.

23                                                            /s/
     DATED: September 23, 2011      _____
24                                                  SHARON DUGGAN
                                                    Attorneys for Petitioner
25                                                  CALIFORNIANS FOR ALTERNATIVES TO
                                                    TOXICS
26

27

28

1

2   DATED:   September 23, 2011

/s/
_____
3                                            CHRISTOPHER J. NEARY
                                             Attorney for Respondents,
                                             NORTH COAST RAILROAD AUTHORITY;
4                                            BOARD OF DIRECTORS OF NORTH
                                             COAST RAILROAD AUTHORITY

5

6

7

8

9                          [Proposed]   ORDER

10            PURSUANT TO STIPULATION, IT IS SO ORDERED., AS MODIFIED.

11

12

13   DATED:   September __26__, 2011

14                                            JOSE~~PH~~   IT IS SO ORDERED
                                             U.S. M    AS MODIFIED
                                                       Judge Joseph C. Spero
15

16

17

18

19

20

21

22

23

24

25

26

27

28