Christopher J. Neary (Bar No. 69220)
LAW OFFICES OF CHRISTOPHER J. NEARY
110 S. Main St., Ste. C
Willits, CA 95490
Telephone: (707) 459-5551
Facsimile: (707) 459-3018
Email: cjneary@pacific.net

Attorney for Defendant
NORTH COAST RAILROAD AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>        Petitioner/Plaintiff,<br><br>   v.<br><br>NORTH COAST RAILROAD AUTHORITY, et al.,<br><br>        Respondents/Defendants.<br>_____/ | Case No. CV 11 4102 JCS<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE OF THE MOTION FOR REMAND AND [~~Proposed~~] ORDER**<br><br>Hearing:<br>Date:   November 18, 2011<br>Time:   9:30 a.m.<br>Dept: G, 15th Floor |

     IT IS HEREBY STIPULATED by and between Petitioner/Plaintiff CALIFORNIANS FOR ALTERNATIVES TO TOXICS ("CATS") and Respondents/Defendants NORTH COAST RAILROAD AUTHORITY and BOARD OF DIRECTORS OF NORTH COAST RAILROAD AUTHORITY (collectively "NCRA") as follows:

     A.    WHEREAS, the above-entitled matter was removed by Defendants from the Superior Court of the State of California, County of Marin on August 19, 2011;

     B.    WHEREAS, the matter has been related with that certain action entitled *Friends of the Eel River v. North Coast Railroad Authority, et al.*, Marin County Superior Court Case No. CFV-11-03605, U.S.D.C., No. Dist. Cal., Case No. CV 11 4103 (formerly NJV, now JCS), also removed on August 19, 2011 (ECF #17);

1   C. WHEREAS, on September 16, 2011, Plaintiff filed a motion to remand the matter
2 to State Court (ECF #9), with the Opposition set to be due on September 30, 2011, the Reply set
3 to be due on October 7, 2011, and the hearing set for November 18, 2011;
4   D. WHEREAS, the parties to this federal action have had preliminary discussions
5 regarding settlement which are sufficiently encouraging to defer briefing on the motion for
6 remand for a short period to avoid unnecessary utilization of judicial resources and expense to
7 these parties;
8   NOW THEREFORE IT IS HEREBY STIPULATED as follows:
9 1. The briefing schedule for the motion for remand shall be as follows:
10   a. Opposition due                October ~~19~~, 2011   14- JCS
11   b. Reply due                     ~~November 3, 2011~~   October 21, 2011 - JCS
12   c. Hearing                       November 18, 2011
13 2. The time for preparation of the Administrative Record shall run from the date of the
14 Court's ruling on the pending motion for remand, such extension being in the public interest in
15 compliance with California Public Resources Code §21167.6(c).
16 3. All other dates set forth in the Order Setting Initial Case Management Conference and
17 ADR Deadlines shall remain in full force and effect, except the parties reserve the right to jointly
18 apply to the Court for continuation of the Case Management Conference, presently set for
19 December 9, 2011.
20 4. By entering into this Stipulation Plaintiff does not waive any rights or argument to contest
21 the Court's subject matter jurisdiction, as set forth in the Petitioner/Plaintiff's Motion for
22 Remand.

23 DATED: September 23, 2011
/s/
_____
24 SHARON DUGGAN
Attorneys for Petitioner
25 CALIFORNIANS FOR ALTERNATIVES TO
TOXICS

- 2 -                                      STIPULATION AND [Proposed] ORDER

1
2  DATED: September 23, 2011
            /s/
            _____
3           CHRISTOPHER J. NEARY
            Attorney for Respondents,
            NORTH COAST RAILROAD AUTHORITY;
4           BOARD OF DIRECTORS OF NORTH
            COAST RAILROAD AUTHORITY

**[Proposed]**   **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED., AS MODIFIED.

DATED: September  26 , 2011

_____
JOSEPH C. SPERO
U.S. Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*