CHRISTOPHER J. NEARY
Attorney at Law (#69220)
110 S. Main St., Ste. C
Willits, CA  95490
Telephone: (707) 459-5551
Facsimile: (707) 459-3018
e-mail: cjneary@pacific.net

Attorney for Defendant
NORTH COAST RAILROAD AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No.: CV 11 4102 JCS<br>And Related Case No. CV 11 4103 JCS |
| Petitioner/Plaintiff, | AMENDMENT TO STAY AND [Proposed] ORDER |
| vs. | |
| NORTH COAST RAILROAD AUTHORITY, *et al.*, | |
| Respondents/Defendants. | |
| And Related Case | |

IT IS HEREBY STIPULATED by and between Petitioner/Plaintiff CALIFORNIANS FOR ALTERNATIVES TO TOXICS ("CATS") and Respondents/Defendants NORTH COAST RAILROAD AUTHORITY and BOARD OF DIRECTORS OF NORTH COAST RAILROAD AUTHORITY (collectively "NCRA") as follows:

  A. WHEREAS on October 7, 2011, the parties filed a Stipulation to Stay this action (Document # 28);

  B. WHEREAS on October 11, 2011 the Court approved the Stipulation to Stay, staying the action until November 11, 2011 (Document # 29); and

  C. WHEREAS, the parties continue to engage in settlement discussions and have a good faith belief that settlement can and should be pursued further and agree to conduct further good faith settlement discussions with all parties.

STIPULATION AND [Proposed] ORDER - 1

NOW THEREFORE IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Stay of the case until November 11, 2011 as approved by the Court on October 11, 2011 (Document # 29) shall be amended as follows:

    a. The stay shall be extended to December 26, 2011 to accommodate further settlement discussions. However, the stay may be revoked upon twenty-four (24) hours' written notice by any party to all parties in this action, and to all parties in the related case referred to in the caption hereinabove, and to the Court. The termination of the stay shall be amended to be defined as December 26, 2011, or one (1) day after the date of the written notice of revocation filed by any party, hereinafter referred to as "Termination of the Stay."

2. All other provisions of the Stipulation (Document # 28) and as approved by the Court on October 11, 2011 (Document #29) shall remain in full force and effect.

```
DATED: November 14, 2011          /s/
                                  _____
                                  SHARON E. DUGGAN
                                  Attorneys for Petitioner
                                  CALIFORNIANS FOR ALTERNATIVES TO TOXICS


DATED: November 14, 2011          /s/
                                  _____
                                  CHRISTOPHER J. NEARY
                                  Attorney for Respondents,
                                  NORTH COAST RAILROAD AUTHORITY;
                                  BOARD OF DIRECTORS OF NORTH
                                  COAST RAILROAD AUTHORITY


DATED: November 14, 2011          /s/
                                  _____
                                  DOUGLAS BOSCO
                                  Attorney for
                                  NORTHWESTERN PACIFIC RAILROAD COMPANY
```

[~~Proposed~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 16, 2011          _____
                                  JOSEPH C. SPERO
                                  U.S. Magistrate Judge

STIPULATION AND [~~Proposed~~] ORDER - 2