```
CHRISTOPHER J. NEARY
Attorney at Law (#69220)
110 S. Main St., Ste. C
Willits, CA  95490
Telephone: (707) 459-5551
Facsimile: (707) 459-3018
e-mail: cjneary@pacific.net


Attorney for Defendant
NORTH COAST RAILROAD AUTHORITY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | ) Case No.: CV 11 4102 JCS<br>) And Related Case No. CV 11 4103 JCS<br>) |
| Petitioner/Plaintiff, | ) AMENDMENT TO STAY AND [~~Proposed~~] ORDER<br>) |
| vs. | ) |
| NORTH COAST RAILROAD AUTHORITY, *et al.*, | ) |
| Respondents/Defendants. | ) |
| _____ | ) |
| And Related Case | ) |

IT IS HEREBY STIPULATED by and between Petitioner/Plaintiff CALIFORNIANS FOR ALTERNATIVES TO TOXICS ("CATS") and Respondents/Defendants NORTH COAST RAILROAD AUTHORITY and BOARD OF DIRECTORS OF NORTH COAST RAILROAD AUTHORITY (collectively "NCRA") as follows:

    A.    WHEREAS on October 7, 2011, the parties filed a Stipulation to Stay this action (Document # 28);

    B.    WHEREAS on October 11, 2011 the Court approved the Stipulation to Stay, staying the action until November 11, 2011 (Document # 29);

    C.    WHEREAS on November 15, 2011 the parties filed a Stipulation to Continue the Stay (Document #30) and the Court approved the continuance of stay by Order on November 16, 2011 (Document #31) staying the action until December 26, 2011; and

STIPULATION AND [~~Proposed~~] ORDER - 1

D.      WHEREAS, the parties continue to engage in settlement discussions and have a good faith belief that settlement can and should be pursued further and agree to conduct further good faith settlement discussions with all parties.

NOW THEREFORE IT IS HEREBY STIPULATED AS FOLLOWS:

1.    The Stay of the case until December 26, 2011 as approved by the Court on November 16, 2011 (Document # 31) shall be amended as follows:

   a.    The stay shall be extended to January 26, 2012 to accommodate further settlement discussions.  However, the stay may be revoked upon twenty-four (24) hours' written notice by any party to all parties in this action, and to all parties in the related case referred to in the caption hereinabove, and to the Court. The termination of the stay shall be amended to be defined as January 26, 2012, or one (1) day after the date of the written notice of revocation filed by any party, hereinafter referred to as "Termination of the Stay."

2.    All other provisions of the Stipulation (Documents # 28 as amended by Document #30) and as amended and approved by the Court on October 11, 2011 and November 16, 2011 (Documents #29 and #31) shall remain in full force and effect.

```
                                          /s/
DATED: December 21, 2011      _____
                              SHARON E. DUGGAN
                              Attorneys for Petitioner
                              CALIFORNIANS FOR ALTERNATIVES TO TOXICS


                                          /s/
DATED:  December 21, 2011     _____
                              CHRISTOPHER J. NEARY
                              Attorney for Respondents,
                              NORTH COAST RAILROAD AUTHORITY;
                              BOARD OF DIRECTORS OF NORTH
                              COAST RAILROAD AUTHORITY

                                          /s/
DATED:  December 21, 2011     _____
                              DOUGLAS BOSCO
                              Attorney for
                              NORTHWESTERN PACIFIC RAILROAD COMPANY
```

STIPULATION AND [~~Proposed~~] ORDER - 2

**[Proposed]   ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   December 21, 2011

_____
JOSEPH C. SPERO
U.S. Magistrate Judge

*(Seal: United States District Court, Northern District of California; signature of Judge Joseph C. Spero)*

STIPULATION AND [Proposed] ORDER - 3