SHARON E. DUGGAN (SBN 105108)
Attorney at Law
370 Grand Avenue, Suite 5
Oakland, CA 94610
Telephone:  510-271-0825
Facsimile:  510-271-0829
Email:  foxsduggan@aol.com

HELEN H. KANG (SBN 124730)
Environmental Law and Justice Clinic
Golden Gate University School of Law
536 Mission Street
San Francisco, CA 94105
Telephone:  415-442-6647
Facsimile:  415-896-2450
Email:  hkang@ggu.edu

WILLIAM VERICK (SBN 140972)
Klamath Environmental Law Center
424 First Street
Eureka, CA 95501
Telephone:  707-268-8900
Facsimile:  707-268-8901
Email:  wverick@igc.org

Attorneys for CALIFORNIANS FOR ALTERNATIVES TO TOXICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>          Petitioner/Plaintiff,<br><br>     v.<br><br>NORTH COAST RAILROAD AUTHORITY, BOARD OF DIRECTORS OF NORTH COAST RAILROAD AUTHORITY,<br><br>          Respondents/Defendants. | Case No. 3:11-CV-4102-JCS<br>And Related Case No. 3:11-CV-4103-JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION TO REMAND**<br><br>Judge:   Joseph C. Spero |

## STIPULATION

IT IS HEREBY STIPULATED by and between Petitioner Californians for Alternatives to Toxics ("CATS"), Respondents North Coast Railroad Authority and Board of Directors of North Coast Railroad Authority, and Real Party in Interest Northwestern Pacific Railroad Company that:

1. The Court has set the hearing on CATS' Motion to Remand, as well as the initial case management conference, for March 30, 2012 at 9:30 a.m., but counsel for petitioner in the related case of *Friends of the Eel River v. North Coast Railroad Authority, et al.*, Case No. 11-CV-4103-JCS, is unavailable on that date.

2. Accordingly, the parties request that the Court continue the hearing date on CATS' Motion to Remand and the initial case management conference to April 6, 2012, at 9:30 a.m., when counsel for all parties will be available.

DATED: February 15, 2012          LAW OFFICE OF SHARON E. DUGGAN

                                  By:      /s/
                                       SHARON E. DUGGAN

                                  Attorneys for CALIFORNIANS FOR
                                  ALTERNATIVES TO TOXICS

DATED: February 15, 2012          LAW OFFICE OF CHRISTOPHER J. NEARY

                                  By:      /s/
                                       CHRISTOPHER J. NEARY

                                  Attorney for NORTH COAST RAILROAD
                                  AUTHORITY; NORTH COAST RAILROAD
                                  AUTHORITY BOARD OF DIRECTORS

DATED: February 15, 2012          COX, CASTLE & NOCHOLSON LLP

                                  By:      /s/
                                       ANDREW B. SABEY

                                  Attorney for NORTHWESTERN PACIFIC
                                  RAILRAOD COMPANY

1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO REMAND
CASE NO. 3:11-CV-4102-JCS

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED AS FOLLOWS:

3  The hearing on CATS' Motion to Remand is continued from March 30, 2012 at 9:30 a.m. to

4  April 6, 2012 at 9:30 a.m.  The joint case management statement is due by March 30, 2012.

5  DATED: __Feb. 17, 2012_____

    _____
    Joseph C. Spero
    U.S. Magistrate Judge

9  317011.1