1  SHARON E. DUGGAN
   (#105108; foxsduggan@aol.com)
2  **Attorney at Law**
   370 Grand Avenue Suite 5
3  Oakland, CA 94610
   Telephone: 510-271-0825
4  Facsimile: 510-271-0829

5  HELEN H. KANG
   (#124730, hkang@ggu.edu)
6  **Environmental Law and Justice Clinic**
   **Golden Gate University School of Law**
7  536 Mission Street
   San Francisco, California 94105
8  Telephone: 415- 442-6647
   Facsimile: 415- 896-2450
9
   WILLIAM VERICK
10 (#140972; wverick@igc.org)
   **Klamath Environmental Law Center**
11 424 First Street
   Eureka, CA 95501
12 Telephone: 707-268-8900
   Facsimile: 707-268-8901
13
   Attorneys for Petitioner/Plaintiff
14 Californians for Alternatives to Toxics

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17                **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19 CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | CASE NO. CV-11-4102 JCS Related Case No. CV-11-4103 JCS |
| 20 Petitioner/Plaintiffs | STIPULATION AND [PROPOSED] ORDER |
| 21 vs. | CONTINUING HEARING ON MOTION TO REMAND AND |
| 22 NORTH COAST RAILROAD AUTHORITY, BOARD OF DIRECTORS OF NORTH COAST | CASE MANAGEMENT CONFERENCE |
| 23 RAILROAD AUTHORITY, | Judge: Magistrate Joseph C. Spero |
| 24 Respondents/Defendants. | |

25

26

27

28

1    **IT IS HEREBY STIPULATED** by and between Petitioner Californians for Alternatives

2   To Toxics  ("CATs"), Respondents North Coast Railroad Authority and Board of Directors of

3   North Coast Railroad Authority, and Real Party in Interest Northwestern Pacific Railroad

4   Company that:

5        1. The Court has continued the hearing on CATs' Motion to Remand and the Case

6   Management Conference to April 27, 2012 at 9:30 a.m., but counsel for CATs is unavailable on

7   that date.

8        2. Accordingly, the parties request that the Court continue the hearing on CATs' Motion

9   to Remand and the Case Management Conference to May 10, 2012, at 11:00  a.m., when counsel

10   for all parties will be available.

11

12   DATED:        March 27, 2012        SHARON E. DUGGAN ATTORNEY AT LAW

13                                       /s/ *Sharon E. Duggan*
                                    By:_____
14

15                                       SHARON E. DUGGAN
                                         Attorney for PLAINTIFF  CALIFORNIANS
16                                       FOR ALTERNATIVES TO TOXICS

17   DATED:        March 27, 2012        LAW OFFICE OF CHRISTOPHER J. NEARY

18                                       /s/ *Christopher J. Neary*
                                    By:_____
19

20                                       CHRISTOPHER J. NEARY
                                         Attorney for NORTH COAST RAILROAD
21                                       AUTHORITY; NORTH COAST
                                         RAILROAD AUTHORITY BOARD OF
22                                       DIRECTORS

23   DATED:        March 27, 2012        COX, CASTLE & NOCHOLSON LLP

24                                       /s/ *Andrew B. Sabey*
                                    By:_____
25

26                                       ANDREW B. SABEY
                                         Attorney for NORTHWESTERN PACIFIC
27                                       RAILROAD COMPANY

28             **ATTESTATION REGARDING SIGNATURES**

Stipulation and [Proposed] Order Continuing Hearing on Motion to Remand and Case Management Conference
Case No. CV-11-4102 JCS/Related Case No. CV-11-4103 JCS                                            2

1

2      Pursuant to this Court's General Order 45, section X(B), I hereby attest that I have

3   obtained concurrence in the filing of this Stipulation and [Proposed] Order Continuing Hearing

4   on Motion to Remand and Case Management Conference from each of the other signatories.

5

6   DATED:        March 29, 2012            SHARON E. DUGGAN ATTORNEY AT LAW

7                                          /s/ Sharon E. Duggan

8                                          By:_____

9                                          SHARON E. DUGGAN

10                              [PROPOSED] ORDER

11          PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED AS FOLLOWS:

12   The hearing on CATs' Motion to Remand and the Case Management Conference is continued

13   from April 27, 2012 at 9:30 a.m. to May 10, 2012 at 11:00 a.m.

14

15

16   DATED:    March 30, 2012

17                                          _____
                                           JOSEPH C. SPERO
18                                          U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28