SHARON E. DUGGAN
(#105108; foxsduggan@aol.com)
**Attorney at Law**
370 Grand Avenue Suite 5
Oakland, CA 94610
Telephone: 510-271-0825
Facsimile: 510-271-0829

HELEN H. KANG
(#124730, hkang@ggu.edu)
**Environmental Law and Justice Clinic**
**Golden Gate University School of Law**
536 Mission Street
San Francisco, California 94105
Telephone: 415- 442-6647
Facsimile: 415- 896-2450

WILLIAM VERICK
(#140972; wverick@igc.org)
**Klamath Environmental Law Center**
424 First Street
Eureka, CA 95501
Telephone: 707-268-8900
Facsimile: 707-268-8901

Attorneys for Petitioner/Plaintiff
Californians for Alternatives to Toxics

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Petitioner/Plaintiffs<br><br>vs.<br><br>NORTH COAST RAILROAD AUTHORITY, BOARD OF DIRECTORS OF NORTH COAST RAILROAD AUTHORITY,<br><br>Respondents/Defendants. | CASE NO. CV-11-4102 JCS<br>Related Case No. CV-11-4103 JCS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO REMAND AND CASE MANAGEMENT CONFERENCE<br><br>Judge: Magistrate Joseph C. Spero |

**IT IS HEREBY STIPULATED** by and between Petitioner Californians for Alternatives To Toxics ("CATs"), Respondents North Coast Railroad Authority and Board of Directors of North Coast Railroad Authority, and Real Party in Interest Northwestern Pacific Railroad Company that:

1. The Court has continued the hearing on CATs' Motion to Remand and the Case Management Conference to April 27, 2012 at 9:30 a.m., but counsel for CATs is unavailable on that date.

2. Accordingly, the parties request that the Court continue the hearing on CATs' Motion to Remand and the Case Management Conference to May 10, 2012, at 11:00 a.m., when counsel for all parties will be available.

DATED:   March 27, 2012          SHARON E. DUGGAN ATTORNEY AT LAW

                                 By: /s/ Sharon E. Duggan
                                 _____
                                 SHARON E. DUGGAN
                                 Attorney for PLAINTIFF CALIFORNIANS
                                 FOR ALTERNATIVES TO TOXICS

DATED:   March 27, 2012          LAW OFFICE OF CHRISTOPHER J. NEARY

                                 By: /s/ Christopher J. Neary
                                 _____
                                 CHRISTOPHER J. NEARY
                                 Attorney for NORTH COAST RAILROAD
                                 AUTHORITY; NORTH COAST
                                 RAILROAD AUTHORITY BOARD OF
                                 DIRECTORS

DATED:   March 27, 2012          COX, CASTLE & NOCHOLSON LLP

                                 By: /s/ Andrew B. Sabey
                                 _____
                                 ANDREW B. SABEY
                                 Attorney for NORTHWESTERN PACIFIC
                                 RAILROAD COMPANY

**ATTESTATION REGARDING SIGNATURES**

Pursuant to this Court's General Order 45, section X(B), I hereby attest that I have obtained concurrence in the filing of this Stipulation and [Proposed] Order Continuing Hearing on Motion to Remand and Case Management Conference from each of the other signatories.

DATED:   March 29, 2012              SHARON E. DUGGAN ATTORNEY AT LAW

                                     /s/ Sharon E. Duggan
                                     By: _____
                                     SHARON E. DUGGAN

### [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED AS FOLLOWS: The hearing on CATs' Motion to Remand and the Case Management Conference is continued from April 27, 2012 at 9:30 a.m. to May 10, 2012 at 11:00 a.m.

DATED:   March 30, 2012

                                     _____
                                     JOSEPH C. SPERO
                                     U.S. MAGISTRATE JUDGE